JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COMMUNITIES AGAINST TOXICS, an unincorporated non-profit association,<br><br>Plaintiff,<br><br>vs.<br><br>VALLEY METAL TREATING, INC., a corporation,<br><br>Defendant. | Case No. 2:13-cv-05408-DSF-VBK<br><br>**ORDER GRANTING DISMISSAL** |

## ORDER

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Communities Against Toxics' claims against Defendant Valley Metal Treating, Inc., as set forth in the Notice and Complaint filed in Case No. 2:13-cv-05408-DSF-VBK, are hereby dismissed.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the parties through December 19, 2014, or through the conclusion of any proceeding to enforce the Settlement Agreement, for the sole purpose of enforcing compliance by the parties of the terms of the Settlement Agreement, attached to the parties' Stipulation to Dismiss as Exhibit 1.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   2/5/14                          _____
                                         Judge Dale S. Fischer
                                         United States District Judge